UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,

    Plaintiff,

Case No. 2:15-cv-10367-AC-MKM

-vs-

ROGER H. WANG, MD.,
doing business as CODER PUBLISHER
and JOHN DOES 1-10,

    Defendants.

### NOTICE OF VOLUNTARY DISMISSAL of ROBERT H. WANG ONLY WITHOUT PREJUDICE

The Plaintiff dismisses all claims against ROBERT H. WANG only without prejudice and without costs, sanctions, or attorneys fees.

Respectfully Submitted,

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC

By:    s/ Adam G. Taub
        Adam G. Taub (P48703)
        Attorney for Plaintiff
        17200 West 10 Mile Rd. Suite 200
        Southfield, MI 48075
        Phone:  (248) 746-3790
        Email:   adamgtaub@clgplc.net

Dated: February 9, 2015

## Certificate of Service

  My name is Adam G. Taub and I am an officer of this Court.  On February 9, 2015, I served all parties entitled to notice with the foregoing document via CM/ECF filing to each record email address.

        Respectfully Submitted,

        ADAM G. TAUB & ASSOCIATES
        CONSUMER LAW GROUP, PLC

        By:  /s/ Adam G. Taub
            Adam G. Taub (P48703)
            Attorney for Plaintiff
            17200 West 10 Mile Rd. Suite 200
            Southfield, MI 48075
            Phone:  (248) 746-3790
            Email:   adamgtaub@clgplc.net

Dated: February 9, 2015