UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,

    Plaintiff,

Case No. 2:15-cv-10367-AC-MKM

-vs-

ROGER H. WANG, MD,
doing business as CODER PUBLISHER
and JOHN DOES 1-10,

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties have negotiated a settlement, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs and the dismissal of Plaintiff's putative class claims without prejudice and without costs.

    **IT IS SO ORDERED.**

Dated:  November 30, 2015                  s/Avern Cohn
                                                    U.S. District Court Judge

2

STIPULATED AND AGREED:

| **MICHIGAN URGENT CARE & PRIMARY CARE PHYSICIANS, P.C.** | **ROGER H. WANG, MD, doing business as CODER PUBLISHER** |
|---|---|
| s/ *Daniel A. Edelman* | s/ *H. William Burdett, Jr.* |
| By one of its attorneys | By one of its attorneys |
| Daniel Edelman | Howard W. Burdett, Jr. |
| Edelman, Combs, Latturner & Goodwin LLC | Boyle Burdett |
| 20 S. Clark St., Suite 1500 | 14950 E. Jefferson, Suite 200 |
| Chicago, IL 60603 | Grosse Pointe Park, MI 48230 |
| 312-739-4200 | 313-344-4000 |
| Courtecl@edcombs.com | burdett@boyleburdett.com |
| Jclark@edcombs.com | |

2